United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DAVID GAMALIEL MARTINEZ, §<br>    Petitioner, §<br> §<br>v. § Civil Action No. 1:20-cv-00015<br> §<br>LORIE DAVIS, Director, Texas §<br>Department of Criminal Justice, §<br>Correctional Institutions Division, §<br>    Respondent. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 8) in the above-captioned case. The R&R recommended the following: (1) dismiss the case without prejudice; and (2) close the case.

Objections were due March 24, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, David Gamaliel Martinez's cause of action against Lorie Davis is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **ORDERED** to close this case.

Signed on this **15th** day of **April**, 2020.

_____
Rolando Olvera
United States District Judge